UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN,<br>a/k/a KEVIN BREWER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALTA BATES SUMMIT<br>MEDICAL CENTER,<br><br>　　　　　Respondent.　　　　　　　　／ | No. C 11-685 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 15, 2011

_____
SUSAN ILLSTON
United States District Judge